**Order filed December 31, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00222-CV

_____

## IN THE MATTER OF THE ESTATE OF
## ESTHER ABELL DENTON, DECEASED

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. P14779**

## O R D E R

On December 12, 2014, Appellant, Douglas A. Denton, filed a request for clarification of this court's judgment and opinion dated November 6, 2014, in which we dismissed the appeal for want of jurisdiction. In his request to clarify, Appellant states that this court's opinion and judgment do not specifically address the points raised by Appellant as grounds for finality of the orders appealed from in this case and that it is impossible to determine from the opinion and judgment why this court ruled as it did.

We note that we may not consider Appellant's request for clarification to be a motion for rehearing because it was not filed within the time limit for filing a

motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. We do, however, maintain plenary power over this case until January 5, 2015. *See* TEX. R. APP. P. 19.1(a). Because we believe that our November 6 opinion succinctly sets out the rationale for this court's dismissal of the appeal for want of jurisdiction, we do not believe that a clarification is necessary. Appellant's request is denied.

PER CURIAM

December 31, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.